# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:05cr289-Mu

Mr. Scott Walls
C/O Carl J. Oreskovich, Esquire
6404 N. Monroe Avenue
Spokane, Washington 99208
509-328-7700

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Federal Courthouse<br>401 West Trade Street<br>Charlotte, North Carolina 28202 | Magistrate Court |
| | **Date and Time**<br>8/22/05 @ 10:35 am |
| Before: UNITED STATES MAGISTRATE JUDGE | |

**NOTE:** CONTACT THE U.S. PROBATION PRE-TRIAL OFFICE (704/350-7671) **IMMEDIATELY** UPON SERVICE OF THIS SUMMONS.

To answer a(n)

[ X ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

Charging you with Title __18__ United States Code, Section(s) __2319, 371__
and Title __17__ United States Code, Section __506__.

Brief description of offense

**knowingly and voluntarily combine, conspire, confederate and agree with others to infringe a copyright by the reproduction and distribution, of copyrighted works which have a total retail value of more than $2,500.**

_Michelle Ardut_ (signature)   7/28/05           AT CHARLOTTE, NC
Signature of Issuing Officer    Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer